IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, } | |
| } | |
| Plaintiff-Respondent, } | |
| } | |
| V. } | CRIMINAL ACTION NO. H-00-256 |
| } | CIVIL ACTION NO. H-03-4452 |
| } | |
| JOSE MEDINA } | |
| } | |
| Defendant-Movant. } | |

## MEMORANDUM AND ORDER

Before the Court is Movant Jose Medina's § 2255 Motion to Vacate, Set Aside or Correct Sentence (Doc.196),[1] Movant's Supplement to § 2255 Motion to Vacate, Set Aside or Correct Sentence (Doc. 199), Movant's Motion for Leave to Supplement § 2255 Motion to Vacate, Set Aside or Correct Sentence (Doc. 226), and Memorandum in Support (Doc. 227), and Movant's Second Motion for Leave to Supplement § 2255 Motion to Vacate, Set Aside or Correct Sentence (Doc. 242), and Supplemental Memorandum in Support (Doc. 243), the United States' Answer and Motion to Deny Relief under Rule 8(A) (Doc. 211), Movant's Response to the United States' Answer and Motion to Deny Relief Under Rule 8(A) (Doc. 212), the United States' Response to Movant's Motion for Leave to Supplement (Doc. 237), and the Magistrate Judge's Memorandum and Recommendation (Doc. 247).   No objections to the Magistrate Judge's Memorandum and Recommendation have been filed.  Having reviewed the  Memorandum and Recommendation, it is adopted in full and hereby

---

[1] Jose Medina's Motion to Vacate, Set Aside or Correct Sentence can be found at Document No. 1 in Civil Action H-03-4452 and at Document No. 196 in Criminal Action No. H-0-256. References hereafter will be to the Criminal Document numbers unless otherwise indicated.

**ORDERED** that Movant's Motion for Leave to Supplement § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Doc. 199) is **GRANTED**;

**ORDERED** that the Government's Answer and Motion to Deny Relief under Rule 8(A) (Doc. 211) is **GRANTED**;

**ORDERED** that the Movant's Motion for Leave to Supplement § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Doc. 226) is **DENIED**;

**ORDERED** that the Movant's Second Motion for Leave to Amend § 2255 Motion to Vacate, Set Aside or Correct Sentence (Doc. 242) is **DENIED**;

**ORDERED** that the Movant's Motion to Vacate, Set Aside or Correct Sentence (Doc. 196) is **DENIED**.

SIGNED at Houston, Texas this 9th day of February, 2007.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE