IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| | } | |
| Plaintiff-Respondent, | } | |
| | } | |
| V. | } | CRIMINAL ACTION NO. H-00-256 |
| | } | CIVIL ACTION NO. H-03-4452 |
| | } | |
| JOSE MEDINA | } | |
| | } | |
| Defendant-Movant. | } | |

ORDER OF DISMISSAL

After careful and independent consideration of the record in this case, the Court

**ORDERS** that Petitioner Jose Medina's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and his action **DISMISSED**.

SIGNED at Houston, Texas this 9th day of February, 2007.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE